DENTONS US LLP
Joel N. Bock, joel.bock@dentons.com
Andrew M. Grodin
andrew.grodin@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (973) 912-7100

*Of Counsel:*
Mark L. Hogge (*PHV pending*)
mark.hogge@dentons.com
Shailendra Maheshwari
shailendra.maheshwari@dentons.com
Nicholas H. Jackson (*PHV pending*)
nicholas.jackson@dentons.com
1301 K. Street, NW
Washington, D.C. 20005
Telephone: (202) 408-6400

Anne K. W. Sutton (*PHV pending*)
anne.sutton@dentons.com
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000

Attorneys for Plaintiff Synchronoss
Technologies, Inc.

DURIE TANGRI LLP
Sonali D. Maitra (*PHV pending*)
smaitra@durietangri.com
Timothy C. Saulsbury (*PHV pending*)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant
Funambol, Inc.

RECEIVED

MAY 1 1 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUNAMBOL, INC., <br><br> Defendant. | Civil Action No. 3:14-cv-06017-MLC-TJB <br><br> [~~PROPOSED~~] **CONSENT ORDER EXTENDING FUNAMBOL INC.'S TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** <br> **(L. CIV. R. 6.1(B))** <br><br> *Document Filed Electronically* |

Defendant Funambol, Inc. ("Funambol") requests and Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") consents to an Order extending the time within which Funmabol may answer, move or otherwise reply to Synchronoss's Complaint by four weeks, from May 15, 2015 to and including June 12, 2015.

No previous extension has been sought in this matter, and service of process of Synchronoss's Complaint was effected on April 24, 2015. This motion is not made for the purposes of delay, nor will an extension of time prejudice any party.

Dated: May 8, 2015

Respectfully submitted,

DENTONS US LLP

By: ___s/Andrew Grodin___
    Joel N. Bock
    joel.bock@dentons.com
    Andrew M. Grodin
    andrew.grodin@dentons.com
    101 JFK Parkway
    Short Hills, New Jersey 07078
    Telephone: (973) 912-7100

    Attorneys for Plaintiff Synchronoss Technologies, Inc.

*Of Counsel:*
Mark L. Hogge (*PHV pending*)
mark.hogge@dentons.com
Shailendra Maheshwari
shailendra.maheshwari@dentons.com
Nicholas H. Jackson (*PHV pending*)
nicholas.jackson@dentons.com
1301 K. Street, NW
Washington, D.C. 20005
Telephone: (202) 408-6400

Anne K. W. Sutton (*PHV pending*)
anne.sutton@dentons.com
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000

1

Dated: May 8, 2015                    DURIE TANGRI LLP

By:   *s/* Timothy C. Saulsbury
Sonali D. Maitra (*PHV pending*)
smaitra@durietangri.com
Timothy C. Saulsbury (*PHV pending*)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant
Funambol, Inc.

## **ORDER**

The above application is ORDERED GRANTED. The deadline for Defendant to response to Plaintiff's complaint is hereby extended to and including June 12, 2015.

ORDER DATED: *May 8th*

By: _____
United States Magistrate Judge

2